# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **YATAU HER,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 09-cv-260-bbc |
| **MICHAEL THURMER, Warden,** **Waupun Correctional Institution,** | |
| Respondent. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that Yatou Her's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

**PETER A. OPPENEER**
_____
Peter A. Oppeneer, Clerk

Connie A. Korth                                                                  6/3/09
_____                          _____
by Deputy Clerk                                                                  Date